In re Gregory A. DEMOPULOS.

No. 2010–1381.

United States Court of Appeals,
Federal Circuit.

July 15, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

Edward W. VAN ROMER and Basic
Concepts, Inc., Plaintiffs–
Appellees,

v.

INTERSTATE PRODUCTS, INC.,
Defendant–Appellant.

No. 2010–1361.

United States Court of Appeals,
Federal Circuit.

July 22, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).